| | |
|---|---|
| Thiago M. Coelho (SBN 324715)<br>*thiago.coelho@wilshirelawfirm.com*<br>Chumahan B. Bowen (SBN 268136)<br>*chumahan.bowen@wilshirelawfirm.com*<br>Jennifer M. Leinbach (SBN 281404)<br>*jennifer.leinbach@wilshirelawfirm.com*<br>**WILSHIRE LAW FIRM, PLC**<br>660 S. Figueroa Street, Sky Lobby<br>Los Angeles, CA 90017<br>Telephone: (213) 381-9988<br>Facsimile: (213) 381-9989<br><br>*Attorneys for Plaintiff* | MATTHEW D. POWERS (S.B. #212682)<br>mpowers@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone: (415) 984 8700<br>Facsimile: (415) 984 8701<br><br>HANNAH Y. CHANOINE (pro hac vice)<br>hchanoine@omm.com<br>NEXUS U. SEA (pro hac vice)<br>nsea@omm.com<br>O'MELVENY & MYERS LLP<br>1301 Avenue of the Americas, Suite 1700<br>New York, New York 10019<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Tom's of Maine, Inc.* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PITRE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY and TOM'S OF MAINE, INC.,<br><br>Defendants. | Case No. 3:24-cv-09318-CBR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 20, 2024<br>Trial Date: Not Yet Set |

# STIPULATION OF DISMISSAL

Plaintiff YOLANDA PITRE ("Plaintiff") and Defendants COLGATE-PALMOLIVE COMPANY and TOM'S OF MAINE, INC. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. **Dismissal.** Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that this action is dismissed in its entirety, without prejudice.

2. **Fees and Costs.** Each Party shall bear its own attorneys' fees and costs.

3. **Rule 23(e).** No class has been certified in this action, and the Parties are not seeking approval of any settlement, compromise, or voluntary dismissal of the claims of a certified class (or a class proposed to be certified for settlement purposes).

4. **Related Proceeding.** Plaintiff has filed a consolidated class action complaint with other plaintiffs in United States District Court, Eastern District of New York, entitled *Rabinowitz, et al. v. Colgate-Palmolive Company,* Case No. 2:25-CV-06996 (JMW) and the Parties enter this stipulation to avoid duplicative litigation.

Dated:  December 29, 2025          **WILSHIRE LAW FIRM, PLC**

                                   By: */s/ Thiago Coelho*
                                   Thiago Coelho, Esq.
                                   Chumahan B. Bowen, Esq.
                                   Jennifer M. Leinbach, Esq.

                                   *Attorneys for Plaintiff*

Dated:  December 29, 2025          **O'MELVENY & MYERS LLP**

                                   By: */s/ Hannah Y. Chanoine*
                                   Matthew D. Powers, Esq.
                                   Hannah Y. Chanoine, Esq.
                                   Nexus U. Sea, Esq.

                                   *Attorneys for Defendants*

**ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Thiago Coelho, attest that concurrence in this filing has been obtained from Hannah Y. Chanoine, Esq.

Dated:  December 29, 2025                **WILSHIRE LAW FIRM, PLC**

                                By:  */s/ Thiago Coelho*
                                     Thiago Coelho, Esq.

## [~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 2, 2026

_____
Hon. Charles R. Breyer
United States District Judge

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017